-PROB 12
REVISED (05/90)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

U.S.A. vs. __VALERIE STOKES__          Docket No. __2:02CR20363-01-MI__

### Petition on Probation and Supervised Release

**COMES NOW** Nicole D. Peterson **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Valerie Stokes, who was placed on supervision by the Honorable Jon Phipps McCalla sitting in the Court at Memphis, TN, on the 20th day of February, 2004, who fixed the period of supervision two (2) years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall not incur any new open lines of credit or incur any new credit charges without the approval of the Probation Office.
2. The defendant shall make disclosure to her present employer about this conviction.
3. The defendant shall make full financial disclosure to the Probation Officer.
4. The defendant shall pay restitution in the amount of $9,854.00 (Remaining Balance: $9,297.00).
5. The defendant shall avail herself to mental health counseling (added July 1, 2004).
6. The defendant shall participate in alcohol/drug treatment and counseling as deemed appropriate by the Probation Office (added March 18, 2005).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

Ms. Stokes has failed to satisfy her restitution obligation of $9,854.00. She continues to owe a balance of $9,297.00. Throughout her term of supervision, Ms. Stokes has had a number of mental and physical health problems. She has been unable to work for the majority of her time on supervision and is in the process of applying for disability. She currently has no income and her sisters and children are supporting her financially at this time.

**PRAYING THAT THE COURT WILL ORDER** that Valerie Stokes' Probation term be allowed to terminate as scheduled on January 19, 2006 with the understanding that the U.S. Attorney's Office will be responsible for the continued collection of restitution.

**ORDER OF COURT**

Considered and ordered this __19__ day of __Jan__ 20__06__ and ordered filed and made a part of the records in the above case.

Jon P. McCalla
United States District Judge

Respectfully,

_Nicole Peterson_ (signature)
Nicole D. Peterson
United States Probation Office

Place: __Memphis, TN__

Date: __January 12, 2006__